| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern** | District of | **Texas** |
| Case number | 23-31315-H5-13 | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **Lot 180, Ranches of Rolling Hills 2.14 acres**
   Street address, if available, or other description

   **205 Rolling Bend Rd**

   **Alvord, TX 76225**
   City       State       ZIP Code

   **Wise**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number: _____

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $95,000.00 | $47,500.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Real Property**

   ☑ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................... ➡ | $47,500.00 |

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Erwin, Jarrod Reed**                                          Case number *(if known)* **23-31315-H5-13**

| 3.1 | Make: | **Cadillac** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: **Cadillac**

Model: **XT4**

Year: **2021**

Approximate mileage: **38,300**

Other information:

Titled in non-filing spouse.
VIN: MF012592

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$31,000.00                      $15,500.00

If you own or have more than one, describe here:

3.2 Make: **Cadillac**

Model: **ATS**

Year: **2014**

Approximate mileage: **77,700**

Other information:

Daughter drives vehicle- in name of debtor-gift to daughter
VIN: E0104454

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$10,725.00                      $5,362.50

3.3 Make: **RAM**

Model: **1500**

Year: **2021**

Approximate mileage: **39,000**

Other information:

Debtor drives -Title in non-fling spouse
VIN: MN578950

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$46,000.00                      $23,000.00

3.4 Make: **Dodge**

Model: **Challenger**

Year: **2018**

Approximate mileage: **18,000**

Other information:

Son vehicle - in name of non- filing Spouse
VIN: JH333026

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**
$27,500.00                      $13,750.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

Debtor __Erwin, Jarrod Reed__                                         Case number *(if known)* __23-31315-H5-13__

---

4.1   Make: _____        **Who has an interest in the property?** Check one.        Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model: _____        ☐ Debtor 1 only

Year: _____         ☐ Debtor 2 only

Other information:             ☐ Debtor 1 and Debtor 2 only

                               ☐ At least one of the debtors and another        **Current value of the entire property?**        **Current value of the portion you own?**

┌──────────────────┐           ☐ **Check if this is community property** (see
│                  │              instructions)
└──────────────────┘

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .........................................    ➡    | $57,612.50 |

---

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**         **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........   | See Attached. |                                          $6,627.50

7.   **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........   | See Attached. |                                          $1,225.00

8.   **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes. Describe. .........   | See Attached. |                                          $575.00

9.   **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. .........   | pool table |                                          $250.00

10.  **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........   | taurus 357 magnum revolver 5 shot |             $150.00

---

Debtor **Erwin, Jarrod Reed**                              Case number *(if known)* **23-31315-H5-13**

---

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........  | clothes, shoes, handbags |                                    $750.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........  | See Attached. |                                            $1,025.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........  | See Attached. |                                               $20.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............  |                                       |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................................  ➜  | $10,622.50 |

---

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No

    ☑ Yes ...........................................................................................................................  Cash: ...................   $1,600.00

---

Debtor  **Erwin, Jarrod Reed**                                    Case number *(if known)* **23-31315-H5-13**

| 17. | **Deposits of money** | | |
|---|---|---|---|

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................                        Institution name:

| | | | |
|---|---|---|---|
| 17.1. Checking account: | **Amegy Bank xxxx5049 (Joint Account with Non-Filing Spouse)** | | **$4,872.30** |
| 17.2. Checking account: | **Extrade (Morgan Stanley) Account xxx3039 (Joint Account with Non-Filing Spouse)** | | **$0.00** |
| 17.3. Checking account: | **PNC Bank xxxx9623** | | **$3,194.65** |
| 17.4. Checking account: | **US Bank xxxx5052** | | **$523.05** |
| 17.5. Savings account: | **Amegy Bank xxxx8432 (Joint Account with Non-Filing Spouse)** | | **$501.37** |
| 17.6. Other financial account: | **ADA shares through Uphold** | | **$0.00** |
| 17.7. Other financial account: | **Bitcoin shares through** | | **$0.00** |
| 17.8. Other financial account: | **Bittrex (Debtor stated he cannot access account)** | | **$0.00** |
| 17.9. Other financial account: | **BTC shares through Coinbase** | | **$0.00** |
| 17.10. Other financial account: | **Extrade (Morgan Stanley) Account xxxx3005 (Joint Account with Non-Filing Spouse)** | | **$0.02** |
| 17.11. Other financial account: | **PayPal Mobile Deposit Account** | | **$0.00** |
| 17.12. Other financial account: | **Solo shares 3.81461 through Uphold** | | **$0.50** |
| 17.13. Other financial account: | **Venmo Mobile Deposit Account** | | **$0.00** |
| 17.14. Other financial account: | **XRP shares** | | **$0.00** |
| 17.15. Other financial account: | **Zelle Mobile Deposit Account (through PNC Bank xxxx9623 account)** | | **$0.00** |

| 18. | **Bonds, mutual funds, or publicly traded stocks** | | |
|---|---|---|---|

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ....................        Institution or issuer name:

| 19. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture** | | |
|---|---|---|---|

☐ No
☑ Yes. Give specific information about them....................

| Name of entity: | | % of ownership: | |
|---|---|---|---|
| **Endeavor Consulting, Inc Shares: S Corp, used for personal consulting business** | | **100.00%** | **$100.00** |
| **Namesake Ventures, Inc. Shares: 1 Other interest: Consulting entity with brother.** | | **50.00%** | **$250.00** |

Debtor **Erwin, Jarrod Reed**                                        Case number *(if known)* **23-31315-H5-13**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
       information about
       them....................     Issuer name:

    _____        _____

    _____        _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each       Type of account:        Institution name:
       account separately.

       401(k) or similar plan:   **401K retirement account through ADP**                                    **$10,638.38**

       IRA:    **Contributory IRA Account through Charles SCHWAB xxx1596 (Non -
               Filing Spouse)**                                                                             **$77,637.50**

       IRA:    **Contributory IRA Account through Charles SCHWAB xxxx1000**                                 **$100,458.00**

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
                others

    ☐ No
    ☑ Yes .....................           Institution name or individual:

       Other:   **Security deposit for Unit 3618 Bonnie Bend Ln $2,400**                                    **$0.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes .....................     Issuer name and description:

    _____        _____

    _____        _____

    _____        _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes .....................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____        _____

    _____        _____

    _____        _____

---

Debtor **Erwin, Jarrod Reed**                                    Case number *(if known)* **23-31315-H5-13**

---

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific information about them. ...

| Residential Electric License-currently not being used |
| --- |

$5.00

---

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................

Federal:

State:

Local:

29. **Family support**

   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony:

Maintenance:

Support:

Divorce settlement:

Property settlement:

30. **Other amounts someone owes you**

   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

---

Debtor  **Erwin, Jarrod Reed**                                                          Case number *(if known)* **23-31315-H5-13**

---

31.  **Interests in insurance policies**

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
      of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Level Term Life Insurance Policy through State Farm - $1,500,000.00 (debtor policy) - Cash Value $** | non-filing spouse - Children | $0.00 |
| **Level Term Life Insurance Policy through State Farm - $1,500,000.00 (non-filing spouse policy) - Cash Value $** | debtor - children | $0.00 |
| **Renters Insurance policy through State Farm Lloyds** | | $0.00 |
| **Vehicle Insurance Policy through State Farm Mutual Automobile Insurance** | Spouse, Children | $0.00 |

32.  **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No

☑ Yes. Give specific information. ........  | Father's estate - funds for legal fees under control of executor- amount unknown at this time |        $0.00

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35.  **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .........................................................................................  ➜  | $199,780.77 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

---

Official Form 106A/B                              **Schedule A/B: Property**                              page **8**

Debtor  **Erwin, Jarrod Reed**                                    Case number *(if known)* **23-31315-H5-13**

|  |  | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

**38.** **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

_____

**39.** **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe. .........    Desk, credenza, book shelf, filing cabinet, chair, printer       $500.00

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

_____

**41.** **Inventory**

☑ No

☐ Yes. Describe. .........

_____

**42.** **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                      % of ownership:

_____

_____

_____

**43.** **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

_____

Debtor **Erwin, Jarrod Reed**

Case number *(if known)* **23-31315-H5-13**

---

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .................................................................................................................... ➡

$500.00

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>**If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................

48. **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

---

Debtor  **Erwin, Jarrod Reed**                                    Case number *(if known)* **23-31315-H5-13**

---

| 52. | **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................ ➡ | **$0.00** |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☑ No
   ☐ Yes. Give specific
        information. ............

| 54. | **Add the dollar value of all of your entries from Part 7. Write that number here** ................................. ➡ | **$0.00** |

## Part 8:   List the Totals of Each Part of this Form

| 55. | **Part 1: Total real estate, line 2** .................................................................... ➡ | **$47,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | $57,612.50 |
| 57. | **Part 3: Total personal and household items, line 15** | $10,622.50 |
| 58. | **Part 4: Total financial assets, line 36** | $199,780.77 |
| 59. | **Part 5: Total business-related property, line 45** | $500.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | $268,515.77 | Copy personal property total ➡ | + $268,515.77 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ...................................................................... | **$316,015.77** |

---

Debtor **Erwin, Jarrod Reed**                                      Case number *(if known)* **23-31315-H5-13**

---

**Continuation Page**

| 6. | Household goods and furnishings | |
|---|---|---|
| | armiore x4 | $400.00 |
| | bar stool x | $25.00 |
| | barrel | $75.00 |
| | bed x3 | $600.00 |
| | bench | $75.00 |
| | bible box | $12.50 |
| | blackstone grill | $75.00 |
| | bookshelf x3 | $187.50 |
| | bookshelves, lockers, cart table | $125.00 |
| | cambro x3 | $50.00 |
| | chest of drawers | $75.00 |
| | china cabinet | $200.00 |
| | china, silverware | $75.00 |
| | coffee tables | $150.00 |
| | coolers | $150.00 |
| | decoration | $150.00 |
| | decorative chairs | $200.00 |
| | dining table, chair x4 | $400.00 |
| | dishes, flatware | $50.00 |
| | dresser x4 | $300.00 |
| | end tables x2 | $250.00 |
| | grill | $350.00 |
| | hutch | $200.00 |
| | kitchen table, chair x4 | $200.00 |
| | lamps x6 | $100.00 |
| | loveseat, ottoman, recliner, chair | $150.00 |
| | misc electronics | $100.00 |
| | misc furniture, garage, lighting | $300.00 |
| | misc household goods | $200.00 |
| | modular shelving x2 | $40.00 |
| | patio furniture | $50.00 |
| | pots, pans, cookware | $50.00 |
| | refrigerator | $250.00 |
| | small kitchen appliances | $75.00 |

Official Form 106A/B                        **Schedule A/B: Property**

Debtor **Erwin, Jarrod Reed**                         Case number *(if known)* **23-31315-H5-13**

**Continuation Page**

| | |
|---|---:|
| sofa tables | $250.00 |
| sofa x2 | $300.00 |
| stadium chairs, stadium items | $125.00 |
| standing mirror | $25.00 |
| toolbox | $100.00 |
| tv cabinet | $100.00 |
| wine rack | $37.50 |
| **7.** **Electronics** | |
| cell telephone x4 | $150.00 |
| dvd player | $5.00 |
| laptop | $150.00 |
| speaker | $25.00 |
| stereo | $50.00 |
| television x5 | $825.00 |
| video game system | $20.00 |
| **8.** **Collectibles of value** | |
| art objects | $200.00 |
| books | $50.00 |
| decor | $225.00 |
| decor collectibles | $100.00 |
| **12.** **Jewelry** | |
| bracelets | $100.00 |
| costume jewelry | $50.00 |
| earrings | $125.00 |
| necklaces | $150.00 |
| pendants | $75.00 |
| rings | $225.00 |
| watches | $300.00 |
| wedding rings- wife- separate property of wife - valued at $2000 | $0.00 |
| **13.** **Non-farm animals** | |
| dog | $10.00 |
| rabbit | $10.00 |

```
Fill in this information to identify your case:

Debtor 1        Jarrod         Reed          Erwin
                First Name      Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:        Southern District of Texas

Case number         23-31315-H5-13
(if known)
```

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Lot 180, Ranches of Rolling Hills 2.14 acres<br>205 Rolling Bend Rd Alvord, TX 76225<br>Line from *Schedule A/B:*   1.1 | $47,500.00 | ☑ $47,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 |
| Brief description:<br>2021 Cadillac XT4<br>VIN: MF012592 Titled in non-filing spouse.<br>Line from *Schedule A/B:*   3.1 | $15,500.00 | ☑ $6,962.09<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>2014 Cadillac ATS<br>VIN: E0104454 Daughter drives vehicle- in name of debtor-gift to daughter<br><br>Line from *Schedule A/B:*   3.2 | $5,362.50 | ☑ $5,362.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>2021 RAM 1500<br>VIN: MN578950 Debtor drives -Title in non-fling spouse<br><br>Line from *Schedule A/B:*   3.3 | $23,000.00 | ☑ $23,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>2018 Dodge Challenger<br>VIN: JH333026 Son vehicle - in name of non- filing Spouse<br><br>Line from *Schedule A/B:*   3.4 | $13,750.00 | ☑ $5,719.62<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>sofa x2<br><br>Line from *Schedule A/B:*   6 | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>loveseat, ottoman, recliner, chair<br><br>Line from *Schedule A/B:*   6 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>tv cabinet<br><br>Line from *Schedule A/B:*   6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>coffee tables<br><br>Line from *Schedule A/B:*   6 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>end tables x2<br><br>Line from *Schedule A/B:*   6 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | Jarrod | Reed | Erwin | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>sofa tables<br><br>Line from *Schedule A/B:* ___6___ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>kitchen table, chair x4<br><br>Line from *Schedule A/B:* ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>dining table, chair x4<br><br>Line from *Schedule A/B:* ___6___ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>china cabinet<br><br>Line from *Schedule A/B:* ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>refrigerator<br><br>Line from *Schedule A/B:* ___6___ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>dishes, flatware<br><br>Line from *Schedule A/B:* ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>china, silverware<br><br>Line from *Schedule A/B:* ___6___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>pots, pans, cookware<br><br>Line from *Schedule A/B:* ___6___ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>bed x3<br><br>Line from *Schedule A/B:* ___6___ | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>dresser x4<br><br>Line from<br>*Schedule A/B:* ___6___ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>lamps x6<br><br>Line from<br>*Schedule A/B:* ___6___ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>small kitchen appliances<br><br>Line from<br>*Schedule A/B:* ___6___ | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>bible box<br><br>Line from<br>*Schedule A/B:* ___6___ | $12.50 | ☑ $12.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>hutch<br><br>Line from<br>*Schedule A/B:* ___6___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>wine rack<br><br>Line from<br>*Schedule A/B:* ___6___ | $37.50 | ☑ $37.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>decoration<br><br>Line from<br>*Schedule A/B:* ___6___ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>armiore x4<br><br>Line from<br>*Schedule A/B:* ___6___ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>bar stool x<br><br>Line from<br>*Schedule A/B:* ___6___ | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | Jarrod | Reed | Erwin | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: bookshelf x3 <br><br> Line from *Schedule A/B:* ___6___ | $187.50 | ☑ $187.50 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: coolers <br><br> Line from *Schedule A/B:* ___6___ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: toolbox <br><br> Line from *Schedule A/B:* ___6___ | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: cambro x3 <br><br> Line from *Schedule A/B:* ___6___ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: barrel <br><br> Line from *Schedule A/B:* ___6___ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: modular shelving x2 <br><br> Line from *Schedule A/B:* ___6___ | $40.00 | ☑ $40.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: bench <br><br> Line from *Schedule A/B:* ___6___ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: chest of drawers <br><br> Line from *Schedule A/B:* ___6___ | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: standing mirror <br><br> Line from *Schedule A/B:* ___6___ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description:<br>decorative chairs<br><br>Line from *Schedule A/B:* ___6___ | $200.00 | ☑ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>grill<br><br>Line from *Schedule A/B:* ___6___ | $350.00 | ☑ | $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>blackstone grill<br><br>Line from *Schedule A/B:* ___6___ | $75.00 | ☑ | $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>patio furniture<br><br>Line from *Schedule A/B:* ___6___ | $50.00 | ☑ | $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>misc furniture, garage, lighting<br><br>Line from *Schedule A/B:* ___6___ | $300.00 | ☑ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>misc household goods<br><br>Line from *Schedule A/B:* ___6___ | $200.00 | ☑ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>bookshelves, lockers, cart table<br><br>Line from *Schedule A/B:* ___6___ | $125.00 | ☑ | $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>stadium chairs, stadium items<br><br>Line from *Schedule A/B:* ___6___ | $125.00 | ☑ | $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>misc electronics<br><br>Line from *Schedule A/B:* ___6___ | $100.00 | ☑ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:  Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

| Brief description: | | Amount | | Laws |
|---|---|---|---|---|
| television x5 | $825.00 | ☑ $415.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| dvd player | $5.00 | ☑ $5.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| laptop | $150.00 | ☑ $75.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| stereo | $50.00 | ☑ $50.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| video game system | $20.00 | ☑ $20.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| cell telephone x4 | $150.00 | ☑ $150.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| speaker | $25.00 | ☑ $25.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __7__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| books | $50.00 | ☑ $100.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __8__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| art objects | $200.00 | ☑ $400.00 | | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Line from Schedule A/B: __8__ | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

| Debtor 1 | Jarrod | Reed | Erwin | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>decor<br><br>Line from *Schedule A/B*: ___8___ | $225.00 | ☑ _____$225.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>decor collectibles<br><br>Line from *Schedule A/B*: ___8___ | $100.00 | ☑ _____$100.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>pool table<br><br>Line from *Schedule A/B*: ___9___ | $250.00 | ☑ _____$250.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>taurus 357 magnum revolver 5 shot<br><br>Line from *Schedule A/B*: ___10___ | $150.00 | ☑ _____$0.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>clothes, shoes, handbags<br><br>Line from *Schedule A/B*: ___11___ | $750.00 | ☑ _____$1,500.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| Brief description:<br>wedding rings- wife- separate property of wife - valued at $2000<br><br>Line from *Schedule A/B*: ___12___ | $0.00 | ☑ _____$0.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>rings<br><br>Line from *Schedule A/B*: ___12___ | $225.00 | ☑ _____$450.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>watches<br><br>Line from *Schedule A/B*: ___12___ | $300.00 | ☑ _____$150.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>earrings<br><br>Line from *Schedule A/B*: ___12___ | $125.00 | ☑ _____$250.00_____<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

Official Form 106C    Schedule C: The Property You Claim as Exempt

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|----------|------------|----------|-----------|------------------------------------------|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>necklaces<br><br>Line from<br>*Schedule A/B:*  12 | $150.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>bracelets<br><br>Line from<br>*Schedule A/B:*  12 | $100.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>pendants<br><br>Line from<br>*Schedule A/B:*  12 | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>costume jewelry<br><br>Line from<br>*Schedule A/B:*  12 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>dog<br><br>Line from<br>*Schedule A/B:*  13 | $10.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description:<br>rabbit<br><br>Line from<br>*Schedule A/B:*  13 | $10.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description:<br>Bittrex (Debtor stated he cannot access account)<br>Other financial account<br><br>Line from<br>*Schedule A/B:*  17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| Brief description:<br>401K retirement account through ADP<br><br>Line from<br>*Schedule A/B:*  21 | $10,638.38 | ☑ $10,638.38<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Contributory IRA Account through Charles SCHWAB xxxx1000<br><br>Line from *Schedule A/B*: 21 | $100,458.00 | ☑ $100,458.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description:<br>Contributory IRA Account through Charles SCHWAB xxx1596 (Non - Filing Spouse)<br><br>Line from *Schedule A/B*: 21 | $77,637.50 | ☑ $77,637.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description:<br>Level Term Life Insurance Policy through State Farm - $1,500,000.00 (debtor policy) - Cash Value $<br><br>Line from *Schedule A/B*: 31 | $0.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description:<br>Vehicle Insurance Policy through State Farm Mutual Automobile Insurance<br><br>Line from *Schedule A/B*: 31 | $0.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description:<br>Level Term Life Insurance Policy through State Farm - $1,500,000.00 (non-filing spouse policy) - Cash Value $<br><br>Line from *Schedule A/B*: 31 | $0.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |

Fill in this information to identify your case:

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **23-31315-H5-13**
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2.    List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.1** Capital One Auto Finance
Creditor's Name

PO Box 6051
Number    Street

City of Industry, CA 91716-0511
City                State         ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
12/08/2022

**Describe the property that secures the claim:**

2018 Dodge Challenger
Son vehicle - in name of non- filing Spouse

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 7  0  8  8

| $9,635.77 | $13,750.00 | $0.00 |
|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $9,635.77 |
|---|---|

Debtor 1    **Jarrod**        **Reed**        **Erwin**                    Case number *(if known)*  23-31315-H5-13
            First Name       Middle Name     Last Name

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.2 | GM FINANCIAL | **Describe the property that secures the claim:** | $17,075.83 | $15,500.00 | $1,575.83 |

Creditor's Name

P.O. Box 78143
Number        Street

Phoenix, AZ 85062-8143
City          State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred**
07/10/2021

**Describe the property that secures the claim:**

2021 Cadillac XT4
Titled in non-filing spouse.

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number**  2  7  3  0

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $17,075.83 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $26,711.60 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **23-31315-H5-13** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Baker & Associates** | **$6,500.00** | **$6,500.00** | **$0.00** |

| | |
|---|---|
| **Baker & Associates** | Last 4 digits of account number _____ |
| Priority Creditor's Name | **When was the debt incurred?** _____ |
| **950 Echo Ln. Ste. 300** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| **Houston, TX 77024** | ☐ Contingent |
| City                  State        ZIP Code | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☑ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☑ Other. Specify |
| **Is the claim subject to offset?** | **Attorney Fees** |
| ☑ No | |
| ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| **2.2** | **Internal Revenue Service** | **$0.00** | **$0.00** | **$0.00** |

| | |
|---|---|
| **Internal Revenue Service** | Last 4 digits of account number _____ |
| Priority Creditor's Name | **When was the debt incurred?** _____ |
| **1919 Smith St Stop 5022 HOU** | |
| Number      Street | **As of the date you file, the claim is:** Check all that apply. |
| **Houston, TX 77002** | ☐ Contingent |
| City                  State        ZIP Code | ☐ Unliquidated |
| **Who incurred the debt?** Check one. | ☐ Disputed |
| ☑ Debtor 1 only | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 2 only | ☐ Domestic support obligations |
| ☐ Debtor 1 and Debtor 2 only | ☑ Taxes and certain other debts you owe the government |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated |
| ☐ Check if this claim is for a community debt | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*   **23-31315-H5-13**

---

| **Part 1:** | **Your PRIORITY Unsecured Claims - Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.3**

**Internal Revenue Service**
Priority Creditor's Name

**P.O. Box 7346**
Number        Street

**Philadelphia, PA 19101**
City                State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

| $0.00 | $0.00 | $0.00 |
|---|---|---|

---

Debtor 1 __Jarrod_____  __Reed_____  __Erwin_____  Case number *(if known)* __23-31315-H5-13__
       First Name           Middle Name        Last Name

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

### 4.1 **AME Church Employee Retirement Fund**

Nonpriority Creditor's Name

**c/o J. Gerard Stranch, IV**
**Bransetter Stranch & Jennings**

**223 Rosa L Parks Ave Ste 200**
Number     Street

**Nashville, TN 37203-3513**
City           State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Lawsuit alleging significant amounts

**Total claim: unknown**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

### 4.2 **AmeriCredit/GM Financial**

Nonpriority Creditor's Name

**Attn.: AmeriCredit Dept**

**P.O. Box 183853**
Number     Street

**Arlington, TX 76096**
City           State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim: $0.00**

**Last 4 digits of account number** _5614___

**When was the debt incurred?** _02/01/2017_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Automobile**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

### 4.3  AmeriCredit/GM Financial
Nonpriority Creditor's Name

**Attn.: AmeriCredit Dept**

**P.O. Box 183853**
Number          Street

**Arlington, TX 76096**
City                     State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3561

**When was the debt incurred?** 07/01/2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

**$0.00**

### 4.4  Angies Leads
Nonpriority Creditor's Name

**601 Walnut 81**
Number          Street

**Denver, CO 80205**
City                     State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$0.00**

Debtor 1 __Jarrod__ __Reed__ __Erwin__                Case number *(if known)* __23-31315-H5-13__

First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.5** __ARS National Services, Inc__

Nonpriority Creditor's Name

__PO Box 469046__

Number          Street

__Escondido, CA 92046__

City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

**Total claim** __$0.00__

---

**4.6** __Atlantic Capital Bank__

Nonpriority Creditor's Name

__945 E Paces Ferry Rd Ne__

Number          Street

__Atlanta, GA 30326__

City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number __6274__

**When was the debt incurred?** __12/01/2021__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
**Secured**

**Total claim** __$0.00__

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.7**

**Bank of America**
Nonpriority Creditor's Name

**Bankruptcy**

**4909 Savarese Circle**
Number     Street

**Tampa, FL 33634**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4916**

When was the debt incurred?   **09/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

**Total claim: $0.00**

---

**4.8**

**Bank of America**
Nonpriority Creditor's Name

**Bankruptcy**

**4909 Savarese Circle**
Number     Street

**Tampa, FL 33634**
City                State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **8200**

When was the debt incurred?   **10/01/1999**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **UnknownLoanType**

**Total claim: $0.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.9**

**Barclays Bank Delaware**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 8802**
Number          Street

**Wilmington, DE 19899-8802**
City                    State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8705

When was the debt incurred?    08/01/2009

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

Total claim: $0.00

---

**4.10**

**Barclays Bank Delaware**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Po Box 8802**
Number          Street

**Wilmington, DE 19899-8802**
City                    State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6339

When was the debt incurred?    02/01/2007

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **UnknownLoanType**

Total claim: $0.00

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)*  **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.11**   **Capital One**
Nonpriority Creditor's Name

**1680 Capital One Dr**
Number        Street

**Mc Lean, VA 22102-3407**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **8875**

When was the debt incurred?    **04/01/2006**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CreditCard**

**$9,907.00**

---

**4.12**   **Capital One**
Nonpriority Creditor's Name

**1680 Capital One Dr**
Number        Street

**Mc Lean, VA 22102-3407**
City                          State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **8831**

When was the debt incurred?    **11/01/2010**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CreditCard**

**$0.00**

---

Debtor 1   **Jarrod**          **Reed**          **Erwin**                    Case number *(if known)* **23-31315-H5-13**

    First Name           Middle Name         Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.13**

**Capital One**
Nonpriority Creditor's Name

**1680 Capital One Dr**
Number          Street

**Mc Lean, VA 22102-3407**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2557**

**When was the debt incurred?**   **12/01/2005**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Total claim: $0.00**

---

**4.14**

**Capital One**
Nonpriority Creditor's Name

**1680 Capital One Dr**
Number          Street

**Mc Lean, VA 22102-3407**
City          State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0422**

**When was the debt incurred?**   **02/01/2007**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**Total claim: $0.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.15

**Capital One**
Nonpriority Creditor's Name

**PO Box 31293**
Number          Street

**Salt Lake City, UT 84131**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8875

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Total claim: $0.00**

### 4.16

**CFNA/Credit First Natl Assoc**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 81315**
Number          Street

**Cleveland, OH 44181-0315**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9682

**When was the debt incurred?**  10/01/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**ChargeAccount**

**Total claim: $0.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** **Your NONPRIORITY Unsecured Claims - Continuation Page**

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.** | **Total claim**

---

**4.17** **Chase Auto Finance**
Nonpriority Creditor's Name

**P.O.Box 15700**
Number      Street

**Wilmington, DE 19886**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  4308**

**When was the debt incurred?   07/01/2010**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Automobile**

**Total claim: $0.00**

---

**4.18** **Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number      Street

**Wilmington, DE 19850**
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  1878**

**When was the debt incurred?   07/01/2015**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**CreditCard**

**Total claim: $30,471.00**

---

| Debtor 1 | Jarrod | Reed | Erwin | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

| **4.19** | **Chase Card Services** | | **$6,423.00** |

**Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number      Street

**Wilmington, DE 19850**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8323

When was the debt incurred?   01/01/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

| **4.20** | | | **$0.00** |

**Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 15298**
Number      Street

**Wilmington, DE 19850**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  5606

When was the debt incurred?   01/01/2006

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.21

**Citibank**
Nonpriority Creditor's Name

**P.O.Box 6000**
Number        Street

**The Lakes, NV 89163-6000**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2509

When was the debt incurred?   04/01/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **CreditCard**

**$821.00**

### 4.22

**Comenity Bank/Buckle**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number        Street

**Columbus, OH 43218**
City                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0456

When was the debt incurred?   06/01/2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **ChargeAccount**

**$0.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.23**

**Comenity Bank/Helzberg**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number          Street

**Columbus, OH 43218**
City          State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  8684**

**When was the debt incurred?**  08/14/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **ChargeAccount**

$0.00

---

**4.24**

**Comenity Bank/Helzberg**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 182125**
Number          Street

**Columbus, OH 43218**
City          State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number  8684**

**When was the debt incurred?**  08/01/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **ChargeAccount**

$0.00

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |
|---|---|

**4.25**

__Cornerstone__
Nonpriority Creditor's Name

__Pob Box 145122__
Number        Street

__Salt Lake City, UT 84114__
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __0001__

When was the debt incurred?   __08/15/2018__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**Educational**

**$0.00**

**4.26**

__Cornerstone__
Nonpriority Creditor's Name

__Pob Box 145122__
Number        Street

__Salt Lake City, UT 84114__
City                    State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __0003__

When was the debt incurred?   __08/10/2020__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**Educational**

**$0.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)*  23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.27**

**Cornerstone**
Nonpriority Creditor's Name

**Pob Box 145122**
Number          Street

**Salt Lake City, UT 84114**
City          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0002

When was the debt incurred?  08/19/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
**Educational**

**$0.00**

**4.28**

**Credit Human FCU**
Nonpriority Creditor's Name

**PO Box 1356**
Number          Street

**San Antonio, TX**
City          State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2901

When was the debt incurred?  06/01/2009

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**UnknownLoanType**

**$0.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.29**

**Dean Graybill**
Nonpriority Creditor's Name

**AARP Foundation**

**601 E Street**
Number   Street

**Washington, DC 20049**
City                State     ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Notice Only**

**Total claim: $0.00**

---

**4.30**

**Dept of Ed/Nelnet**
Nonpriority Creditor's Name

**Attn: Bankruptcy Claims/Nelnet**

**PO Box 82505**
Number   Street

**Lincoln, NE 68501-2505**
City                State     ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **3595**

When was the debt incurred?   **08/01/2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify
  **Educational**

**Total claim: $10,896.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.31**

**Dept of Ed/Nelnet**
Nonpriority Creditor's Name

**Attn: Bankruptcy Claims/Nelnet**

**PO Box 82505**
Number        Street

**Lincoln, NE 68501-2505**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  3495

**When was the debt incurred?**   08/01/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify
  **Educational**

Total claim  $11,062.00

---

**4.32**

**Dept of Ed/Nelnet**
Nonpriority Creditor's Name

**Attn: Bankruptcy Claims/Nelnet**

**PO Box 82505**
Number        Street

**Lincoln, NE 68501-2505**
City                    State        ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  3695

**When was the debt incurred?**   08/01/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify
  **Educational**

Total claim  $5,000.00

---

Debtor 1 __Jarrod__ __Reed__ __Erwin__    Case number *(if known)* __23-31315-H5-13__
    First Name      Middle Name      Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.33**

__Dhamian A. Blue__
Nonpriority Creditor's Name

__Blue LLP__

__505 Fayetteville St__
Number     Street

__Raleigh, NC 27601__
City     State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

__$0.00__

---

**4.34**

__Elizabeth Hopkins__
Nonpriority Creditor's Name

__Kantor & Kantor LLP__

Number     Street

__Northridge, CA 91324__
City     State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

__$0.00__

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)*  **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:**   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.35**

**Enhanced Recovery Company**
Nonpriority Creditor's Name

**PO Box 23870**
Number          Street

**Jacksonville, FL 32241**
City                    State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1427**

**When was the debt incurred?**   **06/01/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CollectionAttorney**

$220.00

---

**4.36**

**Gregorio Francis**
Nonpriority Creditor's Name

**Lieff Cabraser Heimann & Bernstein LLP**

Number          Street

**Orlando, FL 32811**
City                    State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice Only**

$0.00

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)*  **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.37**

**J. Gerard Stranch IV**
Nonpriority Creditor's Name

**Branstetter Stranch & Jennings PLLC**

**223 Rosa L. Parks Ave**
Number        Street

**Nashville, TN 37203**
City            State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice Only**

**Total claim         $0.00**

---

**4.38**

**Jefferson Capital System LLC**
Nonpriority Creditor's Name

**PO Box 11407**
Number        Street

**Birmingham, AL 35246**
City            State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Total claim         $0.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.39**

**Kenny S. Byrd**
Nonpriority Creditor's Name

**Lieff Cabraser Heimann & Bernstein LLP**

Number          Street
**Nashville, TN 37201**
City                     State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Total claim _____ **$0.00**

---

**4.40**

**Matthew E. Lee**
Nonpriority Creditor's Name

Number          Street
**Raleigh, NC 27603**
City                     State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**NOTICE ONLY**

Total claim _____ **$0.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.41**   **Nationwide Credit Inc**
Nonpriority Creditor's Name

**2101 W Peoria Ave 150**
Number        Street

**Phoenix, AZ 85029**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Notice Only**

**$0.00**

---

**4.42**   **Nordstrom Signature Visa**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 6555**
Number        Street

**Englewood, CO 80155-6555**
City                State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4319**

**When was the debt incurred?**   **06/01/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **CreditCard**

**$25,016.00**

---

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.43**

**PennyMac Loan Services, LLC**
Nonpriority Creditor's Name

**Attn: Correspondence Unit**

**PO Box 514387**
Number      Street

**Los Angeles, CA 90051-4387**
City                          State      ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **8545**

When was the debt incurred?   **10/01/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **ConventionalRealEstateMortgage**

**$0.00**

---

**4.44**

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name

**P.O. Box 12914**
Number      Street

**Norfolk, VA 23541**
City                          State      ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **8705**

When was the debt incurred?   **02/01/2021**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **FactoringCompanyAccount**

**$44,194.00**

Debtor 1   **Jarrod**          **Reed**              **Erwin**                                Case number *(if known)* **23-31315-H5-13**

First Name          Middle Name          Last Name

---

**Part 2:   Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.45**   **Regus Corporation**

Nonpriority Creditor's Name

**15305 Dallas Pkwy 1500**

Number          Street

**Addison, TX 75001**

City                          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

                                                     $0.00

**4.46**   **Richards W.Schulte**

Nonpriority Creditor's Name

**865 S. Dixie Dr**

Number          Street

**Vandalia, OH 45377**

City                          State          ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Notice Only**

                                                     $0.00

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.47**

**Space City Center One**
Nonpriority Creditor's Name

**800 Town & Country Blvd 500**
Number          Street

**Houston, TX 77024**
City          State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$0.00**

**4.48**

**State Farm Bank**
Nonpriority Creditor's Name

**P.O. Box 23025**
Number          Street

**Columbus, GA 31902-3025**
City          State     ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **0001**

**When was the debt incurred?** **12/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

**$0.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.49**

**Synchrony Bank**
Nonpriority Creditor's Name

**c/o Recovery Management Systems Corporat**

**25 SE 2nd Avenue Suite 1120**
Number      Street

**Miami, FL 33131**
City                    State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **2121**

**When was the debt incurred?**   **06/01/1993**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **UnknownLoanType**

**$0.00**

**4.50**

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**
Number      Street

**Orlando, FL 32896-5060**
City                    State      ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1130**

**When was the debt incurred?**   **01/01/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ChargeAccount**

**$14.00**

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.51**

**Synchrony Bank/JCPenney**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**
Number          Street

**Orlando, FL 32896-5060**
City                State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4662

When was the debt incurred?     08/01/1994

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ChargeAccount**

**$0.00**

**4.52**

**Truist Bank**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**Mail Code VA-RVW-6290 POB 85092**
Number          Street

**Richmond, VA 23286**
City                State          ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4214

When was the debt incurred?     12/01/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Automobile**

**$0.00**

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.53**

**US Bank**
Nonpriority Creditor's Name

**PO Box 790430**
Number          Street

**St. Louis, MO 63179-0430**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **5505**

**When was the debt incurred?**  **04/01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Automobile**

**Total claim:** $0.00

---

**4.54**

**US Bank/RMS**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 5229**
Number          Street

**Cincinnati, OH 45201-5229**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3032**

**When was the debt incurred?**  **05/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **CreditCard**

**Total claim:** $0.00

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)*  **23-31315-H5-13** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.55**

**Wells Fargo Home Mortgage**
Nonpriority Creditor's Name

**666 Walnut Suite 400**
Number          Street

**Des Monies, IA 50304**
City                         State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **4321**

When was the debt incurred?   **03/01/2013**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify
   **ConventionalRealEstateMortgage**

**$0.00**

Debtor 1    **Jarrod**              **Reed**              **Erwin**                                      Case number *(if known)*  **23-31315-H5-13**
            First Name              Middle Name           Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**Citi cards cbna**
Name

**5800 South Corporate**
Number          Street

**Sioux Falls, SD 57108**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.21**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number  2509**

---

**Enhanced Recovery Company**
Name

**014 Bayberry Rd**
Number          Street

**Jacksonville, FL 32256**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.35**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Gregorio Francis**
Name

**Lieff Cabraser Heimann & Bernstein LLP**

Number          Street

**Orlando, FL 32811**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Matthew E. Lee**
Name

**Milberg Coleman Bryson Phillips Grossman**

**900 W Morgan St**
Number          Street

**Raleigh, NC 27603-1512**
City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.1**  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

Name

Number          Street

City                       State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  _____  of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $6,500.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $6,500.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $26,958.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $117,066.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $144,024.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number | **23-31315-H5-13** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Daytown Property Management<br>Name<br>3618 Bonnie Bend Ln<br>Number        Street<br>Katy, TX 77494-3844<br>City                State      ZIP Code | Rental house<br>Contract to be ASSUMED |
| 2.2 | Verizon<br>Name<br>1095 Avenue of the Americas<br>Number        Street<br>New York, NY 10036-6797<br>City                State      ZIP Code | Cell phone<br>Contract to be ASSUMED |
| 2.3 | Villa Sport Athletic Club<br>Name<br>9930 Gaston Rd<br>Number        Street<br>Katy, TX 77494-7649<br>City                State      ZIP Code | 9930 Gaston Rd, Katy, TX 77494<br>Contract to be REJECTED |
| 2.4 | <br>Name<br><br>Number        Street<br><br>City                State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1     __Jarrod__      __Reed__      __Erwin__
          First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)      First Name       Middle Name      Last Name

United States Bankruptcy Court for the:     __Southern District of Texas__

Case number     __23-31315-H5-13__
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? __Texas__ . Fill in the name and current address of that person.

       Laurel Erwin
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number     Street

      _____
      City          State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**   Erwin, Laurel<br>Name<br>23501 Cinco Ranch Blvd H120 Pmb 611<br>Number     Street<br>Katy, TX 77494-3095<br>City       State     ZIP Code | ☑ Schedule D, line _2.1, 2.2_<br>☑ Schedule E/F, line _4.48, 4.55_<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **23-31315-H5-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | | Business Development | |
| Employer's name | | Unison Us OPCO LLC | Parkway Fellowship of Katy |
| Employer's address | | PO Box 2070 | 27043 FM 1093 Rd |
| | | Number Street | Number Street |
| | | South Hamilton, MA 01982 | Richmond, TX 77406 |
| | | City          State          Zip Code | City          State          Zip Code |
| How long employed there? | | 5 months | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $8,303.99 | $2,194.10 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $8,303.99 | $2,194.10 |

| Debtor 1 | Jarrod | Reed | Erwin | Case number (if known) 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...........................................................→ | 4. | $8,303.99 | $2,194.10 |
| **5.** List all payroll deductions: | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $1,113.94 | $606.66 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $487.47 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| **6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,601.41 | $606.66 |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $6,702.59 | $1,587.44 |
| **8.** List all other income regularly received: | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $2,760.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| **9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $2,760.00 | $0.00 |
| **10.** **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $9,462.59  +  $1,587.44  = | $11,050.03 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                11. +           $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies                12.           $11,050.03

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain: | Commission and consulting dependent. |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## Business consulting Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 1. | Gross Monthly Income: | $4,300.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

|  |  |  |
|---|---|---|
| 2. | Ordinary and necessary expense | $250.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $1,290.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $1,540.00 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

|  |  |  |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $2,760.00 |

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **23-31315-H5-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 23 | ☐ No. ☑ Yes. |
| Child | 19 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $2,640.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $108.08 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $240.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $247.00 |
| | 6d. Other. Specify: _____ **See Additional Page** _____ | 6d. | $170.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,165.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $250.00 |
| 10. | **Personal care products and services** | 10. | $250.00 |
| 11. | **Medical and dental expenses** | 11. | $155.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $555.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $254.65 |
| | 15b. Health insurance | 15b. | $1,347.00 |
| | 15c. Vehicle insurance | 15c. | $893.35 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $422.13 |
| | 17b. Car payments for Vehicle 2 | 17b. | $327.64 |
| | 17c. Other. Specify: _____ | 17c. | $0.00 |
| | 17d. Other. Specify: _____ | 17d. | $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1    **Jarrod**          **Reed**          **Erwin**                              Case number *(if known)* 23-31315-H5-13

       First Name         Middle Name         Last Name

---

21.  **Other.** Specify: _____ **See Additional Page** _____          21.  **+** _____ $875.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.          22a. _____ $10,599.85

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b. _____ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.          22c. _____ $10,599.85

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a. _____ $11,050.03

    23b. Copy your monthly expenses from line 22c above.          23b. **–** _____ $10,599.85

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*          23c. _____ $450.18

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.          None

☐ Yes.

Debtor 1   **Jarrod**          **Reed**          **Erwin**                                Case number *(if known)* 23-31315-H5-13
           First Name       Middle Name      Last Name

| | Amount |
|---|---|
| **6d. Other Utilities** | |
| Internet | $125.00 |
| Home Security | $45.00 |
| **21. Other** | |
| Son at college, tuition, food and gas allowance | $500.00 |
| Monthly Pet Expenses (vet, heartworm, flea etc., food etc.) | $150.00 |
| Lawn Service | $80.00 |
| Cleaning Service | $145.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number **23-31315-H5-13**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $47,500.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................... | $268,515.77 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.............................................. | $316,015.77 |

## Part 2:  Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $26,711.60 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | $6,500.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $144,024.00 |
| **Your total liabilities** | $177,235.60 |

## Part 3:  Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | $11,050.03 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................................... | $10,599.85 |

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:** **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.          $11,198.23

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $26,958.00 |
| 9e.Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $26,958.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **23-31315-H5-13** | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Jarrod Erwin*
_____
Jarrod Reed Erwin, Debtor 1

Date  05/22/2023
_____
MM/  DD/  YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Southern District of Texas** | |
| Case number (if known) | **23-31315-H5-13** | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ Number   Street | From _____ To _____ | _____ Number   Street | From _____ To _____ |
| _____ City          State  ZIP Code | | _____ City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

---

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Explain the Sources of Your Income**

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | 31,800 (estimated)<br><br>12,900 (estimated) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | 53,834 (joint)<br><br>$123,368.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | 201,316 (joint)<br><br>$23,510.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ | _____<br>_____<br>_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |

| Debtor 1 | Jarrod | Reed | Erwin | | Case number *(if known)*  23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Capital One Bank<br>Creditor's Name<br>PO Box 71083<br>Number     Street<br>Charlotte, TX 28272-1083<br>City          State     ZIP Code | 01/24/2023<br>3/3/2023<br>3/27/2023 | $4,500.00 | $9,000.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Capital One Bank<br>Creditor's Name<br>PO Box 71083<br>Number     Street<br>Charlotte, NC 28272-1083<br>City          State     ZIP Code | 02/21/2023<br>3/19/2023<br>3/4/2023 | $11,500.00 | $6,708.83 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Nelnet Dept of Ed<br>Creditor's Name<br>P.O. Box 2837<br>Number     Street<br>Portland, OR 97208<br>City          State     ZIP Code | 03/29/2023 | $10,000.00 | $26,958.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☑ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Greater Texas Credit Union<br>Creditor's Name<br>PO Box 692196.<br>Number     Street<br>San Antonio, TX 78269-2196<br>City          State     ZIP Code | 03/27/2023 | $32,261.29 | $0.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor 1    **Jarrod**          **Reed**          **Erwin**                          Case number *(if known)* 23-31315-H5-13
           First Name      Middle Name      Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| GM Financial<br>Creditor's Name<br><br>P.O. Box 99605<br>Number      Street<br><br>Arlington, TX 78269-2196<br>City          State      ZIP Code | 04/03/2023<br><br>3/3/2023<br><br>2/3/2023 | $4,854.00 | $17,075.83 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br><br>Number      Street<br><br>City          State      ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br><br>Number      Street<br><br>City          State      ZIP Code | | | | |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | In Re: AME Church Employee Retirement Fund Litigation; Class Action Lawsuit | 380 Torts - Personal Property - Other Personal Property Damage | Tennesse Western District Court <br> Court Name <br> 167 N Main st 242 <br> Number    Street <br> Memphis, TN 38103 <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 1:22-md-03035 | | | |
| Case title | Portfolio Recovery Associates, LLC v Jarrod R Erwin | Contract - Consumer/Commercial/Debt | 400th Judicial District of Fort Bend County, Texas <br> Court Name <br> 1422 Eugene Heimann Cir <br> Number    Street <br> Richmond, TX 77469-3611 <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number | 23-DCV-301606 | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City        State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Jarrod**          **Reed**            **Erwin**                                    Case number *(if known)* 23-31315-H5-13
            First Name          Middle Name         Last Name

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

_____
Creditor's Name

_____
Number    Street

_____
City             State    ZIP Code

Last 4 digits of account number: XXXX–___ ___ ___ ___

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

## Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

_____
Person to Whom You Gave the Gift

_____
Number    Street

_____
City             State    ZIP Code

Person's relationship to you _____

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Parkway Fellowship Church | $200 monthly support commitment | 06/01/2022 | _____ |

Parkway Fellowship Church
Charity's Name

7043 Farm to Market 1093
Number    Street

Richmond, TX 77406
City             State    ZIP Code

---

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)*  23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Joshua Generation<br>Charity's Name<br><br>4054 Fir Forest Dr<br>Number     Street<br>Spring, TX 77388<br>City              State     ZIP Code | $500 donation, and support of international ministry | 12/24/2022 | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Passion City Church<br>Charity's Name<br><br>515 Garson Dr NE<br>Number     Street<br>Atlanta, GA 30324<br>City              State     ZIP Code | $200 monthly offering. Commenced support in August of 2022 | 08/14/2022 | |

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | | |
|---|---|---|
| Debtor 1 | **Jarrod**    **Reed**    **Erwin** | Case number *(if known)* 23-31315-H5-13 |
| | First Name    Middle Name    Last Name | |

| Baker and Associates | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| Person Who Was Paid | Legal fees $2,625, Filing fees $338, Credit report $37. | | |
| 950 Echo Ln Ste 300 | | 02/08/2023-03/28/2023 | $3,000.00 |
| Number    Street | | | |
| | | | |
| Houston, TX 77024-2824 | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| Baker and Associates | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| Person Who Was Paid | Legal fees | | |
| 950 Echo Ln 300 | | 04/05/2023 | $5,645.50 |
| Number    Street | | | |
| | | | |
| Houston, TX 77024 | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Ryan Erwin | | | |
| Person Who Made the Payment, if Not You | | | |

| CC Advising, Inc | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| Person Who Was Paid | Credit Counseling Course | | |
| 703 Washington Ave, Suite 200 | | 4/3/2023 | $9.96 |
| Number    Street | | | |
| | | | |
| Bay City, MI 48708-5732 | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

| Baker & Associates | **Description and value of any property transferred** | **Date payment or transfer was made** | **Amount of payment** |
|---|---|---|---|
| Person Who Was Paid | Legal Fees | | |
| 950 Echo Lane, Suite 300 | | 4/4/2023 | $5,814.01 |
| Number    Street | | | |
| | | | |
| Houston, TX 77024 | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| Ryan Erwin | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cynthia Blake | Credit Consulting | | |
| Person Who Was Paid | | 07/06/2022 | $1,500.00 |
| 1906 Clear Creek Dr | | | |
| Number     Street | | | |
| | | | |
| Weatherford, TX 76087 | | | |
| City                State    ZIP Code | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cynthia Blake | Credit Consulting | | |
| Person Who Was Paid | | 07/07/2022 | $1,000.00 |
| 1906 Clear Creek Dr | | | |
| Number     Street | | | |
| | | | |
| Weatherford, TX 76087 | | | |
| City                State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| IRA Account | Annual contribution to IRA for 2022 $3000 | | |
| Person Who Received Transfer | | | 02/02/2023 |
| | | | |
| Number     Street | | | |
| | | | |
| City                State    ZIP Code | | | |
| | | | |
| Person's relationship to you | | | |
| IRA | | | |

Debtor 1    **Jarrod**          **Reed**              **Erwin**                          Case number *(if known)* 23-31315-H5-13
            First Name        Middle Name           Last Name

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| IRA Account<br>Person Who Received Transfer<br><br>Number    Street<br><br>City            State    ZIP Code<br><br>Person's relationship to you | Annual contribution to IRA for 2023 $6,500 | | 02/22/2023 |
| IRA Account<br>Person Who Received Transfer<br><br>Number    Street<br><br>City            State    ZIP Code<br><br>Person's relationship to you<br>None | Annual contribution IRA for 2023 $500 | | 02/22/2023 |
| IRA Account<br>Person Who Received Transfer<br><br>Number    Street<br><br>City            State    ZIP Code<br><br>Person's relationship to you | Annual contribution IRA for 2023 $3000 | | 02/22/2023 |
| Land Purchase - need name and address<br>Person Who Received Transfer<br><br>205 Rolling Bend Rd<br>Number    Street<br><br>Alvord, TX 76225<br>City            State    ZIP Code<br><br>Person's relationship to you | Purchase funds for homestead $4384.13 | Purchase of homestead | 02/24/2023 |
| Purchase of homestead<br>Person Who Received Transfer<br><br>205 Rolling Bend Rd<br>Number    Street<br><br>Alvord, TX 76225<br>City            State    ZIP Code<br><br>Person's relationship to you<br>None | Purchase funds for homestead $10,000 | Purchase of homestead | 02/24/2023 |

Debtor 1   **Jarrod**　　　**Reed**　　　**Erwin**　　　　　　Case number *(if known)* 23-31315-H5-13
　　　　　First Name　　Middle Name　　Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Purchase of homestead<br>Person Who Received Transfer<br><br>205 Rolling Bend Rd<br>Number　Street<br><br>76225<br>City　　　State　ZIP Code<br><br>Person's relationship to you<br>None | Purchase funds for homestead<br>$80,000 | Purchase of homestead | 02/24/2023 |
| Alamo Title Company<br>Person Who Received Transfer<br><br>205 Rolling Bend Rd<br>Number　Street<br><br>Alvord, TX 76225<br>City　　　State　ZIP Code<br><br>Person's relationship to you<br>None | Escrow and costs for purchase of homestead<br>$950 | Purchase of homestead - fees | 02/23/2023 |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | |

---

**Part 8:**　List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City           State    ZIP Code** | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Amegy Bank<br>**Name of Financial Institution**<br><br>3020 S Mason Rd<br>**Number     Street**<br><br><br>Katy, TX 77494<br>**City           State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City           State    ZIP Code** | $3,500 cash, estate and personal documents | ☑ No<br>☐ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>**Name of Storage Facility**<br><br>_____<br>**Number     Street**<br><br>_____<br>Katy, TX 77494<br>**City           State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City           State    ZIP Code** | book, documents, boxes, furniture | ☐ No<br>☑ Yes |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Jarrod**        **Reed**        **Erwin**                          Case number *(if known)* 23-31315-H5-13
            First Name     Middle Name     Last Name

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | |
| | Number    Street | | |
| Number    Street | | | |
| | City            State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City            State    ZIP Code | | |
| City          State    ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| | City            State    ZIP Code | | |
| City          State    ZIP Code | | | |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 13

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ _____ | **Court Name** _____ _____ **Number     Street** _____ | | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number _____ | **City          State     ZIP Code** | | |

---

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Endeavor Consulting, Inc.<br>**Name**<br><br>23501 Cinco Ranch Blvd STE H120<br>PMB 611<br>**Number     Street**<br><br>_____<br>Katy, TX 77494<br>**City          State    ZIP Code** | Personal consulting company | EIN:  8  5  –  2  9  0  6  2  4  0 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  09/08/2020   To  open |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Namesake Ventures, Inc.<br>**Name**<br><br>1309 Coffeen Avenue Sheridan<br>**Number     Street**<br><br>_____<br>Sheridan, WY 82801<br>**City          State    ZIP Code** | Consulting company with brother | EIN:  8  5  –  2  8  1  4  8  5  1 |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  09/01/2020   To  open |

Debtor 1    **Jarrod**     **Reed**     **Erwin**       Case number *(if known)* 23-31315-H5-13

First Name     Middle Name     Last Name

| | | |
|---|---|---|
| **Name** <br> Gulf Coast Renewables and Redevelopment, LLC | **Describe the nature of the business** <br><br> Regional project development company. | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: 4 5 – 2 6 8 7 7 9 6 |
| **Number   Street** <br> 501 Lousiana Ave <br><br><br> **City**      **State**    **ZIP Code** <br> Baton Rouge, LA 70802 | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From 07/18/2011 To Open |
| **Name** <br> BioEco Energy USA, Inc. | **Describe the nature of the business** <br><br> Solar EPC company | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: 8 7 – 2 2 1 5 4 0 1 |
| **Number   Street** <br><br><br> **City**      **State**    **ZIP Code** | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From 08/11/2021 To open |
| **Name** <br> Motorskill Ventures 1 LP | **Describe the nature of the business** <br><br> venture capital. No longer Operating/dissolved. | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: 7 6 – 0 6 3 8 2 9 0 |
| **Number   Street** <br><br><br> **City**      **State**    **ZIP Code** | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From 4/5/2000 To 6/1/2022 |
| **Name** <br> Motorskill Ventures, Inc | **Describe the nature of the business** <br><br> venture capital. No longer Operating/dissolved. | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: 7 6 – 0 6 3 8 2 8 9 |
| **Number   Street** <br><br><br> **City**      **State**    **ZIP Code** | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From 3/8/2000 To 6/1/2022- estimated |
| **Name** <br> Motorskill Capital Advisors Inc | **Describe the nature of the business** <br><br> Management Company, No longer operating and / or dissolved. | **Employer Identification number** <br> **Do not include Social Security number or ITIN.** <br><br> EIN: 2 3 – 4 7 1 7 4 1 4 |
| **Number   Street** <br><br><br> **City**      **State**    **ZIP Code** | **Name of accountant or bookkeeper** | **Dates business existed** <br><br> From 3/19/2009 To 6/1/2022-estimated |

Debtor 1    **Jarrod**    **Reed**    **Erwin**      Case number *(if known)* 23-31315-H5-13

First Name     Middle Name     Last Name

---

Seraphim Solar USA Manufacturing Inc
**Name**

**Number**    **Street**

**City**     **State**    **ZIP Code**

**Describe the nature of the business**

Solar module manufacturing. No longer operating/dissolved.

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN**

EIN: _6_ _1_ – _1_ _7_ _5_ _5_ _9_ _2_ _9_

**Dates business existed**

From _10/2/2014_ To _9/30/2019_

---

Price Operating, LLC
**Name**

**Number**    **Street**

**City**     **State**    **ZIP Code**

**Describe the nature of the business**

Oil field operating company. No longer operating and/or dissolved

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _6/4/2012_ To _6/1/2019_

---

Landcastle Oil and Gas
**Name**

**Number**    **Street**

**City**     **State**    **ZIP Code**

**Describe the nature of the business**

oil and gas production. No longer operating and /or dissolved

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: _4_ _5_ – _5_ _1_ _1_ _6_ _8_ _5_ _0_

**Dates business existed**

From _4/20/2012_ To _6/1/2019_

---

Lawson Street Solar Holding Inc
**Name**

506 South Presidents st
**Number**    **Street**

Jackson, MS 39201
**City**     **State**    **ZIP Code**

**Describe the nature of the business**

Non-Residential Regional Property Management

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: _3_ _6_ – _4_ _8_ _0_ _1_ _8_ _2_ _3_

**Dates business existed**

From _11/10/2014_ To _____

---

Rockdales Resources Inc
**Name**

**Number**    **Street**

**City**     **State**    **ZIP Code**

**Describe the nature of the business**

Oil Field related. No longer operating/dissolved.

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: __ __ – __ __ __ __ __ __ __

**Dates business existed**

From _____ To _6/1/2019_

---

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Strong Hold Construction Service LLC_<br>**Name** | Residential remodeling and Disaster recovery | EIN: _8_ _8_ – _2_ _7_ _5_ _1_ _9_ _2_ _2_ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Number     Street**<br><br>_____<br><br>**City            State    ZIP Code** | | From _05/14/2022_ To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Gulf Coast and Renewables and_<br>_Redevelopment Project 1, LLC_<br>**Name** | Regional project company | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Number     Street**<br><br>_____<br><br>**City            State    ZIP Code** | | From _6/11/2011_ To _____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _Seraphim Solar Holding, Inc_<br>**Name** | Holding company for solar manufacturing joint venture. No longer operatig/dissolved | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Number     Street**<br><br>_____<br><br>**City            State    ZIP Code** | | From _9/26/2014_ To _9/30/2019_ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _InterLevel Technologies, Inc_<br>**Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Number     Street**<br><br>_____<br><br>**City            State    ZIP Code** | | From _2002- estimated_ To _2019- estimated_ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _LifeLine Energy USA, Inc_<br>**Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| **Number     Street**<br><br>_____<br><br>**City            State    ZIP Code** | | From _2/6/2009_ To _2019- estimated_ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

Debtor 1    **Jarrod**         **Reed**         **Erwin**                              Case number *(if known)*  23-31315-H5-13

First Name         Middle Name         Last Name

| Date issued |
|---|

Name _____          _____
                                                MM / DD / YYYY

Number    Street _____

_____

_____
City                State    ZIP Code

---

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** *Jarrod Erwin* _____

Signature of Jarrod Reed Erwin, Debtor 1

Date  05/22/2023 _____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach the *Bankruptcy Petition Preparer's Notice,*
                                                                *Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jarrod | Reed | Erwin |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (if known): **23-31315-H5-13**

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $6,234.20 | $2,204.03 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $4,300.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $1,540.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $2,760.00 | $0.00 | Copy here → | $2,760.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)*  23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |
| 8. | **Unemployment compensation** | $0.00 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: .................................................. ↓

| | | |
|---|---|---|
| For you....................................................................... | $0.00 | |
| For your spouse........................................................... | $0.00 | |

| | | | |
|---|---|---|---|
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | | | |
|---|---|---|---|---|
| Total amounts from separate pages, if any. | | + | + | |
| 11. | **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $8,994.20 | + $2,204.03 | = $11,198.23<br>**Total average<br>monthly income** |

| **Part 2:** | **Determine How to Measure Your Deductions from Income** |
|---|---|

| | | |
|---|---|---|
| 12. | **Copy your total average monthly income from line 11.** ................................................................................ | $11,198.23 |

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☑ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | | | | |
|---|---|---|---|---|
| | | + | | |
| Total....................................................................... | $0.00 | **Copy here. →** | - | $0.00 |
| 14. | **Your current monthly income.** Subtract the total in line 13 from line 12. | | | $11,198.23 |

Debtor 1   **Jarrod**        **Reed**        **Erwin**                        Case number *(if known)*  23-31315-H5-13

First Name        Middle Name        Last Name

---

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ....................................................................... $11,198.23

Multiply line 15a by 12 (the number of months in a year). **x 12**

15b. The result is your current monthly income for the year for this part of the form................................................ $134,378.76

---

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                              Texas

16b. Fill in the number of people in your household.             4

16c. Fill in the median family income for your state and size of household. ...................................... $101,753.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☑   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:   Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

**18. Copy your total average monthly income from line 11.** ................................................................ $11,198.23

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a.  If the marital adjustment does not apply, fill in 0 on line 19a. ...........................................  **-** $0.00

19b.  **Subtract line 19a from line 18.** $11,198.23

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b........................................................................... $11,198.23

Multiply by 12 (the number of months in a year). **x 12**

20b. The result is your current monthly income for the year for this part of the form. $134,378.76

20c. Copy the median family income for your state and size of household from line 16c. ............................ $101,753.00

**21. How do the lines compare?**

☐   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* **Go to Part 4.**

☑   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* **Go to Part 4.**

---

**Part 4:   Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** *Jarrod Erwin*

Signature of Debtor 1

05/22/2023

Date _____

MM/  DD/  YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jarrod** | **Reed** | **Erwin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Southern District of Texas**

Case number (if known)     **23-31315-H5-13**

☐ Check if this is an amended filing

## Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04/22

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:**  Calculate Your Deductions from Your Income

---

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| 4 |
|---|

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$1,900.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    **Jarrod**         **Reed**         **Erwin**                Case number *(if known)* 23-31315-H5-13
            First Name        Middle Name      Last Name

| **People who are under 65 years of age** | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | $75.00 | |
| 7b. Number of people who are under 65 | X    4 | |
| 7c. Subtotal. Multiply line 7a by line 7b. | $300.00 | Copy here → $300.00 |

| **People who are 65 years of age or older** | | |
|---|---|---|
| 7d. Out-of-pocket health care allowance per person | $153.00 | |
| 7e. Number of people who are 65 or older | X    0 | |
| 7f. Subtotal. Multiply line 7d by line 7e. | $0.00 | Copy here → + $0.00 |

7g.  **Total.** Add lines 7c and 7f. ................................................................   $300.00  **Copy here →....**   $300.00

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.    **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.                                $807.00

9.    **Housing and utilities – Mortgage or rent expenses:**

    9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.                        $2,215.00

    9b. Total average monthly payment for all mortgages and other debts secured by your home.

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| **Name of the creditor** | **Average monthly payment** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | + _____ |

    9b. Total average monthly payment    $0.00    Copy here →  – $0.00   Repeat this amount on line 33a.

    9c. Net mortgage or rent expense.
    Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $2,215.00    **Copy here →.....**   $2,215.00

10.    **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**                        $0.00

    Explain why: _____

| Debtor 1 | Jarrod | Reed | Erwin | Case number (if known) 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    $690.00

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | 2021 Cadillac XT4 |
|---|---|---|
| | | Titled in non-filing spouse. |

13a. Ownership or leasing costs using IRS Local Standard.......................................    $588.00

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| GM FINANCIAL | $422.13 |

|  | − $422.13 |
|---|---|
| + _____ | |
| Total average monthly payment    $422.13    Copy here → | Repeat this amount on line 33b. |

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. If this number is less than $0, enter $0.............    $165.87

**Copy net Vehicle 1 expense here →**    $165.87

| Vehicle 2 | Describe Vehicle 2: | 2018 Dodge Challenger |
|---|---|---|
| | | Son vehicle - in name of non- filing Spouse |

13d. Ownership or leasing costs using IRS Local Standard.......................................    $588.00

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| Capital One Auto Finance | $188.53 |

|  | − $188.53 |
|---|---|
| + _____ | |
| Total average monthly payment    $188.53    Copy here → | Repeat this amount on line 33c. |

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from 13d. If this number is less than $0, enter $0.............    $399.47

**Copy net Vehicle 2 expense here →**    $399.47

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    _____

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.    $0.00

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes. ............................................................ $1,896.60

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. ......... $0.00

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. ........................................................................ $237.00

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. ......... $0.00

20. **Education:** The total monthly amount that you pay for education that is either required:
   ▪ as a condition for your job, or
   ▪ for your physically or mentally challenged dependent child if no public education is available for similar services. ......... $0.00

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education. ........................................ $0.00

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25. ................................ $0.00

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted. .................... + $25.00

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23. ........................................................................ $8,635.94

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $1,347.00 | |
| Disability insurance | $0.00 | |
| Health savings account | + $0.00 | |
| Total | $1,347.00 | Copy total here → ............................................................ $1,347.00 |

Do you actually spend this total amount?

☐ No. How much do you actually spend? _____

☑ Yes

26. **Continuing contributions to the care of household or family members.**
The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b). ........................ $0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential. ........................................ $0.00

| Debtor 1 | Jarrod | Reed | Erwin | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs                    $0.00

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.                    $0.00

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/25, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.                    $0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a   +   $200.00
religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).

Do not include any amount more than 15% of your gross monthly income.

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.                    $1,547.00

---

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | Average monthly payment |
|---|---|

**Mortgages on your home**

33a. Copy line 9b here .............................................................→                    $0.00

**Loans on your first two vehicles**

33b. Copy line 13b here ...............................................→                    $422.13

33c. Copy line 13e here ...............................................→                    $188.53

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _____ | _____ | ☐ No ☐ Yes | _____ |
| _____ | _____ | ☐ No ☐ Yes | _____ |
| _____ | _____ | ☐ No ☐ Yes | _____ |
| | | + | _____ |

33e. Total average monthly payment. Add lines 33a through 33d. ...................................    $610.66   **Copy total here→**    $610.66

Debtor 1  **Jarrod**          **Reed**          **Erwin**          Case number *(if known)* 23-31315-H5-13
          First Name      Middle Name      Last Name

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☑ No. Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | _____ |
| | | | + | |
| | | Total | $0.00 | **Copy total here →**  $0.00 |

35. **Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No. Go to line 36.

☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims................................................ $6,500.00   ÷ 60   $108.33

36. **Projected monthly Chapter 13 plan payment**   $350.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

X   7.50%

Average monthly administrative expense   $26.25   **Copy total here →**   $26.25

37. **Add all of the deductions for debt payment.** Add lines 33e through 36.   $745.24

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ...................................   $8,635.94

Copy line 32, *All of the additional expense deductions*........................................................   $1,547.00

Copy line 37, *All of the deductions for debt payment*........................................................   +   $745.24

Total deductions....................................................................................   $10,928.18   **Copy total here →**   $10,928.18

| Debtor 1 | **Jarrod** | **Reed** | **Erwin** | Case number *(if known)* 23-31315-H5-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. **Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*** .................................................. | $11,198.23

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. | $0.00

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). | $253.83

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A). Copy line 38 here .... →** | $10,928.18

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | + |
| **Total** | $0.00 |

Copy here → | + | $0.00

44. **Total adjustments.** Add lines 40 through 43 .................................................. | $11,182.01 | Copy here → | − $11,182.01

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39. | $16.22

## Part 3:  Change in Income or Expenses

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 122C-1 ☐ 122C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |
| ☐ 122C-1 ☐ 122C-2 | _____ | _____ | _____ | ☐ Increase ☐ Decrease | _____ |

Debtor 1    **Jarrod**        **Reed**        **Erwin**                    Case number *(if known)* 23-31315-H5-13
            First Name        Middle Name     Last Name

**Part 4:   Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  *Jarrod Erwin*

Signature of Debtor 1

05/22/2023
Date _____
        MM/   DD/   YYYY

Official Form 122C-2              **Chapter 13 Calculation of Your Disposable Income**              page **8**

**AME Church Employee Retirement Fund**
c/o J. Gerard Stranch, IV
Bransetter Stranch & Jennings
223 Rosa L Parks Ave Ste 200
Nashville, TN 37203-3513

**AmeriCredit/GM Financial**
Attn.: AmeriCredit Dept
P.O. Box 183853
Arlington, TX 76096

**Angies Leads**
601 Walnut 81
Denver, CO 80205

**ARS National Services, Inc**
PO Box 469046
Escondido, CA 92046

**Atlantic Capital Bank**
945 E Paces Ferry Rd Ne
Atlanta, GA 30326

**Baker & Associates**
950 Echo Ln. Ste. 300
Houston, TX 77024

**Bank of America**
Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8802
Wilmington, DE 19899-8802

**Capital One**
1680 Capital One Dr
Mc Lean, VA 22102-3407

**Capital One**
PO Box 31293
Salt Lake City, UT 84131

**Capital One Auto Finance**
PO Box 6051
City of Industry, CA 91716-0511

**CFNA/ Credit First Natl Assoc**
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181-0315

**Chase Auto Finance**
P.O.Box 15700
Wilmington, DE 19886

**Chase Card Services**
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

**Citi cards cbna**
5800 South Corporate
Sioux Falls, SD 57108

**Citibank**
P.O.Box 6000
The Lakes, NV 89163-6000

**Comenity Bank/ Buckle**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Comenity Bank/ Helzberg**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Cornerstone**

Pob Box 145122
Salt Lake City, UT 84114

**Credit Human FCU**

PO Box 1356
San Antonio, TX

**Daytown Property Management**

3618 Bonnie Bend Ln
Katy, TX 77494-3844

**Dean Graybill**

AARP Foundation
601 E Street
Washington, DC 20049

**Dept of Ed/ Nelnet**

Attn: Bankruptcy Claims/Nelnet
PO Box 82505
Lincoln, NE 68501-2505

**Dhamian A. Blue**

Blue LLP
505 Fayetteville St
Raleigh, NC 27601

**Elizabeth Hopkins**
Kantor & Kantor LLP
Northridge, CA 91324

**Enhanced Recovery Company**
PO Box 23870
Jacksonville, FL 32241

**Enhanced Recovery Company**
014 Bayberry Rd
Jacksonville, FL 32256

**Laurel Erwin**
23501 Cinco Ranch Blvd H120 Pmb 611
Katy, TX 77494-3095

**GM FINANCIAL**
P.O. Box 78143
Phoenix, AZ 85062-8143

**Gregorio Francis**
Lieff Cabraser Heimann & Bernstein LLP
Orlando, FL 32811

**Internal Revenue Service**
1919 Smith St Stop 5022 HOU
Houston, TX 77002

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

**J. Gerard Stranch I V**
Branstetter Stranch & Jennings PLLC
223 Rosa L. Parks Ave
Nashville, TN 37203


**Jefferson Capital System LLC**
PO Box 11407
Birmingham, AL 35246


**Kenny S. Byrd**
Lieff Cabraser Heimann & Bernstein LLP
Nashville, TN 37201


**Matthew E. Lee**
Raleigh, NC 27603


**Matthew E. Lee**
Milberg Coleman Bryson Phillips
Grossman
900 W Morgan St
Raleigh, NC 27603-1512

**Nationwide Credit I nc**
2101 W Peoria Ave 150
Phoenix, AZ 85029


**Nordstrom Signature Visa**
Attn: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555


**PennyMac Loan Services, LLC**
Attn: Correspondence Unit
PO Box 514387
Los Angeles, CA 90051-4387

**Portfolio Recovery Associates, LLC**
P.O. Box 12914
Norfolk, VA 23541

**Regus Corporation**
15305 Dallas Pkwy 1500
Addison, TX 75001

**Richards W.Schulte**
865 S. Dixie Dr
Vandalia, OH 45377

**Space City Center One**
800 Town & Country Blvd 500
Houston, TX 77024

**State Farm Bank**
P.O. Box 23025
Columbus, GA 31902-3025

**Synchrony Bank**
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131

**Synchrony Bank/ Amazon**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Synchrony Bank/ JCPenney**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

**Truist Bank**
Attn: Bankruptcy Mail Code VA-RVW-6290
POB 85092
Richmond, VA 23286

**US Bank**
PO Box 790430
St. Louis, MO 63179-0430

**US Bank/ RMS**
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201-5229

**Verizon**
1095 Avenue of the Americas
New York, NY 10036-6797

**Villa Sport Athletic Club**
9930 Gaston Rd
Katy, TX 77494-7649

**Wells Fargo Home Mortgage**
666 Walnut Suite 400
Des Monies, IA 50304

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **Erwin, Jarrod Reed**                                    CASE NO 23-31315-H5-13

                                                                CHAPTER **13**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

05/22/2023
Date _____          Signature _*Jarrod Erwin*_____

                                        Jarrod Reed Erwin, Debtor

Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known)   23-31315-H5-13

<u>Official Form 121</u>

# Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. **Do not file this form as part of the public case file.** This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Part 1:  Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

| | For Debtor 1: | For Debtor 2 (Only If Spouse Is Filing): |
|---|---|---|
| 1. **Your Name** | Jarrod<br>First Name | First Name |
| | Reed<br>Middle Name | Middle Name |
| | Erwin<br>Last Name | Last Name |

## Part 2:  Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

2. **All Social Security Numbers you have used**

5 4 9 – 3 5 – 9 6 9 4

___ ___ ___ – ___ ___ – ___ ___ ___ ___

___ ___ ___ – ___ ___ – ___ ___ ___ ___

___ ___ ___ – ___ ___ – ___ ___ ___ ___

☐ You do not have a Social Security number.      ☐ You do not have a Social Security number.

3. **All federal Individual Taxpayer Identification Numbers (ITIN) you have used**

9 ___ ___ – ___ ___ – ___ ___ ___ ___      9 ___ ___ – ___ ___ – ___ ___ ___ ___

9 ___ ___ – ___ ___ – ___ ___ ___ ___      9 ___ ___ – ___ ___ – ___ ___ ___ ___

☑ You do not have an ITIN.      ☐ You do not have an ITIN.

## Part 3:  Sign Below

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X *Jarrod Erwin*

Jarrod Reed Erwin, Debtor 1

Date 05/22/2023
     MM/ DD/ YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

| | | |
|---|---:|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the*Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms /bankruptcy_form s.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa /ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts /Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.