UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

| IN RE: | § | CASE NO. 23-31315-H5-13 |
|---|---|---|
| **Jarrod Reed Erwin** | § | |
| DEBTOR | § | CHAPTER 13 |
| | § | |

## AMENDED WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| Endeavor Consulting, Inc.<br>23501 Cinco Ranch Blvd STE H120 PMB 611<br>Katy, TX 77494 | William E. Heitkamp<br>PO Box 740<br>Memphis, TN 38101-0740<br>23-31315-H5-13 |

The Court Orders:

1. Employer must deduct the following amounts from wages payable to _____ Jarrod Reed Erwin _____ and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $450.00 | $225.00 | $207.69 | $103.85 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5. **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

Signed: June 07, 2023

_____
Jeffrey P. Norman
United States Bankruptcy Judge