| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 23-31315 |
|---|---|---|---|
| | Debtor | In Re: | Jarrod Reed Erwin |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | David W. Baddley<br>U.S. Securities and Exchange Commission<br>950 East Paces Ferry Road, NE, Suite 900<br>Atlanta, GA 30326-1382<br>(404) 842-7625 / baddleyd@sec.gov<br>FL (0149393); IL 6282466; GA (934048) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Securities and Exchange Commission |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 8/8/2023 | Signed: | /s/ David W Baddley |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States Bankruptcy Judge