United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 11, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:

JARROD REED ERWIN,                                        Case No. 23-31315-H5-13

                                                          Chapter 13

      Debtor.

_____/

**AGREED ORDER FURHTER EXTENDING DEADLINE FOR U.S. SECURITIES
AND EXCHANGE COMMISSION TO FILE COMPLAINT TO DETERMINE
DISCHARGEABILITY OF A DEBT UNDER 11 U.S.C. §523(c)**

This matter came before the Court upon the *Ex Parte Motion by U.S. Securities and Exchange Commission for Agreed Order Further Extending Deadline for U.S. Securities and Exchange Commission to File Complaint to Determine Dischargeability of a Debt under 11 U.S.C. §523(c)* (ECF No. 128, the "**Motion**") filed by the U.S. Securities and Exchange Commission ("**SEC**"), and the Court, having reviewed the Motion and the reasons stated in the Motion for an extension of time, and determining that the Debtor and the Chapter 13 trustee each agree to the requested extension, and that causes exists for the requested relief under Fed.R. Bankr.P. 4007(c), hereby ORDERS:

    1.    The deadline for the U.S. Securities and Exchange Commission to file a complaint to determine the dischargeability of a debt under 11 U.S.C. §523(c) is extended to and including November 6, 2023, without prejudice to the SEC seeking further extensions and the Debtor opposing any further extensions.

1

2. The Court retains jurisdiction to interpret and enforce the provisions of this Order.

Signed: October 10, 2023

_____
Jeffrey P. Norman
United States Bankruptcy Judge

AGREED AS TO FORM AND SUBSTANCE:


_____*/s/ Reese W. Baker (w/ permission)*_____
**Counsel for Debtor Jarrod Reed Erwin**
Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024


_____*/s/ Kenneth P. Thomas (w/ permission)*_____
**Office of Chapter 13 Trustee, William E. Heitkamp**
Kenneth P. Thomas
9821 Katy Freeway,
Suite 590
Houston, TX  77024