United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** § | | |
| **Jarrod Erwin** § | | **Case No. 23-31315-H5-13** |
| § | | |
| **Debtor** § | | **Chapter 13** |

### ORDER AUTHORIZING EMPLOYMENT OF DAVID BERG
(ECF No. 166)

**CAME ON FOR CONSIDERATION** the Application of Jarrod Erwin ("Debtor"), Debtor in the above-captioned Chapter 13 case, for authority to employ David Berg of Berg & Androphy (the "Firm") as special litigation counsel for the Debtor in an advisory capacity in this bankruptcy, a civil action styled, *In the Matter of the AME Church Employee Retirement Fund Litigation MDL No. 1:22-md-03035* pending in the Western District Court of Tennessee (the "Litigation") and also an inquiry from the SEC, regarding the possible effect of developments in those matters on a pending pre-indictment investigation involving him and others (the "Collective Matters"), the Court finds as follows: that Berg holds or represents no interest adverse to Debtor's estate in the matters on which he is employed pursuant to 11 USC §§ 328 and 327(e); and that the employment of Berg on the terms and conditions set forth in the application is necessary and in the best interest of Debtor and his estate. It is therefore,

**ORDERED** that the Firm received a retainer from funds that were not property of the Debtor in 2015 that fully pays the fees and expenses of Berg on the Collective Matters and that the Debtor shall not owe any further amounts to Berg. It is further

**ORDERED** that to the extent there is inconsistency between the terms of the Berg Declaration, the Application, the Engagement Letter and this Order, the terms of this Order shall govern. It is further

**ORDERED** that the Debtor and Berg are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**ORDERED** that the Debtor and Berg are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.  No compensation may be paid .

Signed: March 26, 2024

Jeffrey P. Norman
United States Bankruptcy Judge