IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: JARROD REED ERWIN | § | Case No.    23-31315-H5-13 |
| --- | --- | --- |
|  | § |  |
| Debtor | § |  |
|  | § |  |
| SYMETRA LIFE INSURANCE COMPANY | § | Chapter 13 |
| Movant | § |  |
|  | § |  |
| vs. | § |  |
| JARROD REED ERWIN | § |  |
|  | § |  |
| Respondent | § |  |

**DEBTOR'S RESPONSE TO AMENDED MOTION FOR
RELIEF FROM AUTOMATIC STAY (Docket #170) AND
REQUEST FOR HEARING**

Jarrod Erwin ("Debtor"), responds to the Amended Motion for Relief from the Automatic Stay (Docket #170) ("Motion") filed by SYMETRA LIFE INSURANCE COMPANY ("Movant") with regard to the collateral or property described by Movant in the Motion (the "Property") and will show the court as follows:

**Specific Responses**

1. Debtor has insufficient information to admit or deny the allegations and therefore denies the allegations contained in paragraph 1.

2. Debtor admits the allegations in Paragraph 2.

3. Debtor admits the allegations in Paragraph 3

4. Debtor has insufficient information to admit or deny the allegations and therefore denies the allegations contained in paragraph 4.

5. Debtor has insufficient information to admit or deny the allegations and therefore denies the allegations contained in paragraph 5.

6. Debtor admits the allegations contained in paragraph 6.

7. Debtor admits that AME filed an Emergency Motion for Relief from the Automatic Stay on April 17, 2023. Debtor has produced the boxes of documents in his possession. Debtor denies that he has 56 boxes of documents.

8. Debtor admits the allegations contained in paragraph 8.

9. Debtor admits the allegations contained in paragraph 9 as to the entry of the Order on Sanctions. Debtor admits that he was required to produce documents. The Debtor produced the documents.

10. Debtor admits the allegations contained in paragraph 10.

11. Debtor has insufficient information to admit or deny the allegations and therefore denies the allegations contained in paragraph 11.

12. Debtor admits in paragraph 12 that he has produced documents to the AMEC Plaintiffs. Debtor admits that the court ordered the AME Plaintiffs to return the documents to the Debtor; however, not all documents have been returned. Debtor has insufficient information to admit or deny the remaining allegations in paragraph 12 and therefore denies the remaining allegations contained in paragraph 12.

13. Debtor has insufficient information to admit or deny the allegations and therefore denies the allegations contained in paragraph 13.

14. Debtor denies the allegations contained in paragraph 14. Debtor should not be required to submit to yet another deposition in the Tennessee litigation. All parties that are either

in the Tennessee litigation or this case have been fully aware of the deposition of the Debtor.

15. Debtor denies the allegations contained in paragraph 15 are applicable in this case.

16. Debtor denies the allegations in paragraph 16 that further production will not prejudice the Debtor. The Debtor has provided the documents in his possession to Baker Donalson. Baker Donelson is to provide to the Debtor a complete scan of all the documents. Baker Donelson presumably can provide copies of the same scan to Movant. As to further depositions, Movant had the opportunity to participate in the prior rule 2004 examination but failed to do so. Debtor denies any remaining allegations in paragraph 16.

17. Debtor admits his plan in chapter 13 has been confirmed. Debtor denies the remaining allegations contained in paragraph 17.

18. Debtor denies the allegations contained in paragraph 18.

19. Debtor denies the allegations contained in the last paragraph.

20. Debtor requests that AMEC and the AMEC Plaintiffs be required to provide a copy of the scan of the documents from the Debtor.

21. If any further depositions occur, Movant should be required to pay all costs and expenses of the Debtor, including his legal fees.

22. Debtor requests a hearing on the Motion.

WHEREFORE, Debtor respectfully requests the court conduct a hearing on the Motion and after the hearing deny the Motion, order AMEC and the AMEC Plaintiffs to provide a copy of the scan of the documents from the Debtor to such party, deny the request for yet another deposition of the Debtor, and grant him such other and further relief to which he is entitled.

Dated: July 2, 2024

        Respectfully submitted,

        */s/Reese W. Baker*
        Reese W. Baker
        TX Bar No. 01587700
        Sonya Kapp
        TX Bar No. 01587700
        Nikie Marie López-Pagán
        Texas Bar No. 24090233
        950 Echo Lane, Suite 300
        Houston, TX 77024
        713-869-9200 - Phone
        713-869-9100- Fax
        Email: courtdocs@bakerassociates.net
        ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

    I certify that on or about July 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

| | |
|---|---|
| David W Baddley | baddleyd@sec.gov |
| Tiffany D Castro | ecf@ch13hou.com |
| Daniel J Ferretti | dferretti@bakerdonelson.com; joboyle@bakerdonelson.com |
| Miriam Goott | wandp.ecf@gmail.com; mgoott@ecf.courtdrive.com |
| Genevieve Marie Graham | ggraham@jw.com; dtrevino@jw.com; kgradney@jw.com; jpupo@jw.com; steso@jw.com; dduhon@jw.com |
| Randi Alyson Kassan | rkassan@milberg.com |
| Matthew E Lee | mlee@milberg.com; jsteen@milberg.com; jwilliams@milberg.com; KBatchelor@milberg.com |

| | |
|---|---|
| Judson Mahan | jmahan@bakerdonelson.com; cbravo@bakerdonelson.com |
| Kyle C Stengreaber | kyle.steingreaber@arlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Locke Houston Waldrop | lwaldrop@bakerdonelson.com |
| Jolene M Wise | wisej@sec.gov; isenmanb@sec.gov |

    A copy of the Debtor's Response to Movant's Motion for Relief from Automatic Stay was delivered on or about June 25, 2024, to all parties listed below in the manner listed below:

Genevieve M. Graham                CM/ECF Electronic Delivery
Jackson Walker, LLP
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Counsel Symetra Life Insurance Company

                                                    */s/Reese W. Baker*
                                                    **Reese W. Baker**