IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| Case No. **23-31315-H5-13** | Debtor **JARROD REED ERWIN** |
|---|---|
|  | Court Room Staff |
| **Witnesses:** | Hearing Date: **August 14, 2024**, at **1:30 p.m** |
| Jarrod Reed Erwin - Debtor |  |
| Any witness called or designated by opposing Counsel. | Nature of Proceeding - **MOTION TO APPROVE COMPROMISE UNDER RULE 9019, AT DOCKET NO. 177.** |

### EXHIBIT LIST

| EX. | Description | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
|  | Any documents filed on the docket of the case. |  |  |  |  |
|  | Any Exhibits designated by any other parties in interest. |  |  |  |  |
|  |  |  |  |  |  |

NOTE: This Exhibit List is to prepare in advance of the hearing date by counsel to parties and furnished to the Court in duplicate and served on opposing counsel

Respectfully submitted,

*/s/Reese W. Baker*
**Reese W. Baker**
**Texas Bar No. 01587700**
Sonya Kapp
TX Bar No. 11095395
Nikie Marie Lopez-Pagan
TX Bar No. 24090233
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I certify that on or about August 9, 2024, I caused a copy of the foregoing document and All Exhibits to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

| | |
|---|---|
| David W Baddley | baddleyd@sec.gov |
| Tiffany D Castro | ecf@ch13hou.com |
| Daniel J Ferretti | dferretti@bakerdonelson.com; joboyle@bakerdonelson.com |
| Maha Ghyas | mghyas@jw.com |
| Miriam Goott | wandp.ecf@gmail.com; mgoott@ecf.courtdrive.com |
| Genevieve Marie Graham | ggraham@jw.com; dtrevino@jw.com; kgradney@jw.com; jpupo@jw.com; steso@jw.com; dduhon@jw.com |
| Randi Alyson Kassan | rkassan@milberg.com |
| Matthew E Lee | mlee@milbert.com; jsteen@milberg.com; jwilliams@milberg.com KBatchelor@milberg.com |
| Judson Mahan | jmahan@bakerdonelson.com; cbravo@bakerdonelson.com |
| Kyle C Steingreaber | kyle.steingreaber@arlaw.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |
| Locke Houston Waldrop | lwaldrop@bakerdonelson.com |
| Jolene M Wise | wisej@sec.gov; isenmanb@sec.gov |

I further certify that on August 9, 2024, I caused a copy of the following described documents to be served to the parties listed below in the manner listed below. Document served was (1) Exhibit/Witness List.

| | |
|---|---|
| Genevieve M. Graham<br>Jackson Walker, LLP<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>Counsel for Symetra Life Insurance Company | Via Email:<br>ggraham@jw.com<br>mghyas@jw.com<br>dtrevino@jw.com<br>kgradney@jw.com<br>jpupo@jw.com<br>steso@jw.com<br>dduhon@jw.com |

*/s/Reese W. Baker*

**Reese W. Baker**